425 A.2d 19

Commonwealth v. Steele a/k/a Moore, Appellant.

628 

 Argued November 12, 1979. David Metinko, for appellant; Kathryn Simpson, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Due to insufficient evidence of record, this case is remanded for a full and complete hearing on the Commonwealth's petition for extension of time under Pa.R.Crim.P. 1100(c). See *Commonwealth v. Ferraro*, 268 Pa.Super. 211, 407 A.2d 1320 (1979); *Commonwealth v. Clark*, 256 Pa.Super. 456, 390 A.2d 192 (1978); and *Commonwealth v. Krall*, 249 Pa.Super. 433, 378 A.2d 373 (1977).